UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FELIPE DE PAULA ATAIDE ALMEIDA,

Petitioner,

v.

ANTONE MONIZ, *et. al*,

Respondents.

No. 1:26-cv-12207-AK

**RESPONDENTS' STATUS REPORT**

Respondents submit the following status report regarding Petitioner's bond hearing. On June 4, 2026, this Court granted the Petition and ordered a bond hearing be conducted for Petitioner under 8 U.S.C. § 1226(a) and for the parties to submit a status report. *See* ECF No. 12. Today, this Court issued another Order requiring a status report within seven days from the parties regarding Petitioner's bond hearing.[1] *See* ECF No. 13. On June 11, 2026, the IJ conducted a bond hearing and denied release on bond. Exhibit 1. The IJ found Petitioner is a danger to the community by clear and convincing evidence and there is no alternative to detention exists that would ensure the safety of the community. *Id*. Petitioner reserved appeal of this decision before the Board of Immigration Appeals, which is due on July 13, 2026. *Id*. As the relief ordered by this Court occurred, Respondents respectfully request this action be dismissed.

---

[1] Undersigned apologizes for this late filing after June 18, 2026. Undersigned was not contacted by Petitioner's counsel after the bond hearing to provide a joint status report to the Court, and in an effort to update the Court as soon as possible, undersigned has not been able to confer with Petitioner's counsel on this status report.

Dated: June 29, 2026,                    Respectfully submitted,

                                         LEAH B. FOLEY
                                         United States Attorney

                                         By:     */s/ Erica McMahon*
                                         Special Assistant United States Attorney
                                         United States Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA 02210
                                         Tel.: 617-748-3271
                                         Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: June 29, 2026                     By: */s/ Erica McMahon*
                                         Special Assistant United States Attorney