**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Felipe De Paula Ataide Almeida,<br>Petitioner,<br><br>v.<br><br>Antone Moniz, et al,<br>Respondent[s]. | Civil Action No. 26-CV-12207-AK |

**ORDER CLOSING CASE**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 27] entered on 9/18/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **CLOSED**.

Dated: 9/28/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk